**Missouri State Highway Patrol**
**Supplemental Report**
**Incident #170270814**

DATE OF REPORT: 05/05/2017
SUPPLEMENT #2 - PROCESSING THE SCENE

1. On May 5, 2017, the Missouri State Highway Patrol's Division of Drug and Crime Control, Troop E Unit, was activated to investigate an in custody death at the Mississippi County Jail in Charleston, Missouri.

2. At 2243 hours, I, Corporal N. H. McDaniel, arrived at the Mississippi County Jail at 200 West Commercial, Charleston, Missouri. I was assigned to process the scene. Lieutenant P. E. Gregory and Trooper M. B. Foster assisted me. The scene is described as the intake area of the jail to include the hallway, booking area, and holding cell 120. The in custody death occurred in holding cell 120. Holding cell 120 was secured with evidence tape, but not locked when I entered the booking area. I began by taking overall photographs. Holding cell 120 was 9 feet 8 inches wide and 10 feet 8 inches deep. The hallway was 5 feet 6 inches wide and ran north and south approximately 40 feet 11 inches. The north end of the hallway had an entrance door from the lobby area of the Sheriff's Office on the east side and an entrance door to the jail area on the west side. Several doorways were on both side of the hallway. A water fountain was also on the west wall of the hallway. The booking area was at the south end of the hallway on the east side. The sally port entrance was also at the end of the hallway.

3. When I entered the intake area hallway from the lobby, several items were on the floor near the jail entrance door and the lobby door. A round food tray, a box of exam gloves, and several used gloves were near the jail entrance door. A black chest protector was just to the right of the lobby entrance door. A dark colored blanket was near the entrance door to the lobby in the hallway on the east wall. Just south of the blanket were several items in close proximity to each other. A black body camera, Taser cartridge, Smith and Wesson leg irons on a blue tee shirt, two black tennis shoes, and a pair of Smith and Wesson handcuffs with a belly chain attached. A black riot type helmet, a black ball cap, and a white pillow were in front of holding cell 120 in the hallway. A small green piece of a Taser cartridge was also located in front of the holding cell door. A brown plastic jail coffee mug was just south of the blue shirt on the east wall in a doorway. In the middle of the hallway floor between holding cell 120 and the water fountain, were a pair of black jeans. A wallet that contained Sanders birth certificate and a car key were located inside the pants. A white towel was located in the water fountain. A small black piece of Taser cartridge was located in front of a doorway across from the water fountain near the east wall.

4. In the booking area, two riot type helmets were located in chairs on the south wall of the booking area. On the booking counter, a sealed property bag was located with Tory Sanders name on it and a single Taser probe was stuck in the side of the bag. In the trashcan in the booking area, a white towel with blood on it and a Mississippi County polo type shirt with apparent blood, and vomit on it were located.


EXHIBIT H

5. I entered holding cell 120 at 2300 hours. A blood smear was located on the exterior of the door near the viewing port. Inside the cell, a mattress, Taser cartridge pieces, a cellular telephone battery, black shorts, and food were on the floor. A blood smear was located on the mattress. Several areas of blood stains were on the north and south walls of the holding cell. The toilet in the northwest corner of the room was not flushed and had toilet paper in it. While processing the cell, I moved the mattress and two Taser probes were located under the mattress. Taser leads were also located under the mattress and a single Taser probe was located inside the mattress.

6. At 2343 hours, I seized the following items as evidence.

   a) 0968.001 Dark colored blanket seized from the hallway outside of holding cell 120.

   b) 0968.002 Body Camera of Mississippi County Deputy Hill. Seized from the hallway outside of cell 120.

   c) 0968.003 Taser cartridge and probe seized from the hallway near outside of cell 120.

   d) 0968.004 Smith and Wesson M1900-1 leg irons Serial number K08156. Seized from the hallway near outside of cell 120.

   e) 0968.005 Blue size 3XL tee shirt with blood stains on it and a pair of size 13 black Nike tennis shoes. Seized from the hallway near outside of cell 120.

   f) 0968.006 Smith and Wesson handcuffs and M110-1 serial number E20204 with approximately 5 feet of chain attached. Seized from the hallway near outside of cell 120.

   g) 0968.007 Black pants size 42 with brown wallet in rear pocket. Seized near water fountain in hallway.

   h) 0968.008 White towel seized from water fountain in hallway.

   i) 0968.009 Piece of Taser cartridge. Seized from hallway across from water fountain.

   j) 0968.010 Sanders property from booking counter in sealed bag# 0066819 and a Taser probe seized from booking counter. Sealed bag contents brown hooded jacket, black belt, lighter, cell phone charger, $1.00 bill, and Samsung flip cellular telephone without battery. $1.00 bill and cellular telephone were removed and packaged separately as 0968.028 and 0968.029.

   k) 0968.011 2- DNA blood swabs seized from outside surface of cell door 120 near observation window.

   l) 0968.012 2- DNA blood swabs of stain on north wall near toilet area.

   m) 0968.013 2- DNA blood swabs of smear on north wall.

   n) 0968.014 2- DNA blood swabs blood drops on north wall.

o) 0968.015 2- DNA blood swabs of directional blood drop on north wall.

p) 0968.016 2- DNA blood swabs smear on north wall.

q) 0968.017 2- DNA blood swabs smear on south wall near cell door.

r) 0968.018 2- DNA blood swabs smear on south wall.

s) 0968.019 2- DNA blood swabs smear on south wall near bench.

t) 0968.020 2 green and 1- yellow Taser cartridge pieces near cell door.

u) 0968.021 3 yellow and 1 black Taser cartridge pieces and 1- metal L-shaped piece.

v) 0968.022 Samsung cellular telephone battery. Seized from cell near bench and toilet.

w) 0968.023 2- DNA blood swabs from blood smear on mattress.

x) 0968.024 Black shorts seized from behind cell door 120.

y) 0968.025 Taser leads and 3 probes recovered from mattress. 2 seized from under mattress 1 seized from inside mattress.

z) 0968.026 Pillow from hallway near cell door.

aa) 0968.027 Size XL Mississippi County Sheriff's Office navy blue shirt with dark stains and white towel with blood stains seized from garbage can in booking area.

bb) 0968.028 Removed from Sanders sealed property bag and re-packaged.

cc) 0968.029 Samsung Model SM-B311V, MEID HEX: A0000047728EEF Removed from Sanders sealed property bag and re-packaged.

7. While collecting the DNA blood swabs, I changed gloves between samples. After the evidence was collected, I contacted Sheriff Cory Hutcheson in the Sheriff's Office. He provided me a USB flash drive that contained surveillance footage of the incident at 0105 hours. He had previously provided the footage to Trooper Foster. I asked him what footage he had provided. Hutchison replied by saying, "I provided the footage that I intended for him to have." I asked Hutchison if he could provide surveillance footage from the time Tory Sanders arrived at the jail until he was transported from the jail. He said he would, but it would be on Monday.

8. A copy of the video, photographs, and a diagram of the scene will be maintained with this case file.

N. H. McDaniel, Corporal
Division of Drug and Crime Control

NHM:kaw