

Missouri State Highway Patrol
Supplemental Report
Incident #170270814

DATE OF REPORT: 05/09/2017
SUPPLEMENT #27 - REVIEW OF VIDEO

1. On May 5, 2017, the Missouri State Highway Patrol's Division of Drug and Crime Control, Troop E Unit, was activated to investigate an in custody death at the Mississippi County Jail in Charleston, Missouri.

2. On May 9, 2017, at approximately 1515 hours, I Corporal N. H. McDaniel, received a copy of surveillance footage from Mississippi County Deputy Branden Caid, during an interview conducted at the Sikeston Department of Public Safety. I reviewed the surveillance footage from the hallway of the jail area from May 5, 2017. The footage was from the time Tory Sanders entered the Mississippi County Jail until approximately 2300 hours. There is no audio with the footage. The footage revealed the following:

   a) At approximately 1014 hours, Sanders was escorted into the jail through the lobby by Charleston Department of Public Safety Officer Zachary Matney and Mississippi County Jailer Bobby Coleman. Sanders was handcuffed behind his back. Officer Matney then removed Sanders' handcuffs in the booking area of the jail, and Jailer Coleman secured Sanders' belt that Sanders removed from his pants. Sanders' picture was taken at 1017 hours, by Jailer Faith Altamirano, and was placed in cell 120 by Jailer Coleman.

   b) At 1022 hours, Officer Matney talks to Sanders through the cell door. Officer Matney then leaves at 1023 hours. At 1033 hours, Jailer Coleman talked to Sanders for approximately 30 seconds. At 1057 hours, and 1059 hours, Jailer Coleman again spoke with Sanders briefly at the cell door.

   c) At 1100 hours, Sanders exits his cell and Jailer Coleman escorts Sanders to the booking area. Sanders sits in a chair while information is apparently being entered into a computer by Jailer Altamirano. At 1102 hours, Sanders got up from his chair and washed his hands in the booking area and returned to his chair. At 1107 hours, Sanders was escorted back to cell 120 by Jailer Coleman. Sanders was given a blanket. At 1158 hours, Sanders was given a food tray by Jailer Coleman through the chuck hole.

   d) At 1204 hours, T. J. Feeler of Bootheel Counseling Services arrives and interviews Sanders through the chuck hole until 1220 hours. At 1254 hours, Jailer Coleman appears to speak with Sanders briefly before he exits the jail and goes into the lobby.

   e) At 1308 hours, janitor Kenneth Ritch speaks with Sanders until 1310 hours. At 1335 hours, 1351 hours, and at 1409 hours, Jailer Coleman again spoke to Sanders briefly through the chuck hole. At 1413 hours, Jailer Altamirano spoke with Sanders. She began pointing at Sanders while speaking with him and closed the chuck hole. At 1414 hours, Jailers Coleman and Altamirano again spoke to Sanders through the door. At 1431



hours, Jailer Connie Simmons briefly spoke with Sanders before exiting into the lobby. Jailers Coleman and Altamirano spoke with Sanders from 1440 hours, until 1450 hours.

f) At 1509 hours, Charleston Officer Matney returns to the jail and speaks with Sanders until 1512 hours. At 1514 hours, Jailer Altamirano spoke with Sanders for approximately one minute. At approximately 1544 hours, Deputy Branden Caid speaks with Sanders and appears to let Sanders speak on Deputy Caid's cellular telephone through the jail door. While Deputy Caid was speaking with Sanders, T. J. Feeler from Bootheel Counseling Services returned to the jail at approximately 1602 hours. At 1603 hours, Charleston Officer Matney also returned to the jail.

g) At 1605 hours, Deputy Caid, T. J. Feeler, Officer Matney, Jailers Altamirano, and Coleman left the cell area and talked in the booking area. At approximately 1606 hours, Deputy Caid returned to the cell and spoke with Sanders. At 1610 hours, Deputy Caid and Officer Matney appear to let Sanders talk on a cellular telephone again. Officer Matney stands at the cell with the cellular telephone, and he and Sanders appear to be speaking to someone until 1616 hours. At this point, Sanders is holding the cellular telephone through the viewing window until 1628 hours. During this time, Officer Matney and Deputy Caid also speak with Sanders several times. At 1631 hours, Deputy Caid leaves the jail and enters the lobby. At 1635 hours, Officer Matney and Mr. Feeler exit the jail and enter the lobby.

h) At 1644 hours, Jail Administrator Sally Yanez and Officer Matney speak with Sanders at his cell. At 1646 hours, Jailers Coleman and Altamirano give Sanders food through the chuck hole, and all leave the area of the cell. At 1646 hours, Sanders reaches out of the cell several times. No one is around the cell area.

i) At 1718 hours, Jailer Coleman briefly talks to Sanders as he is exiting the jail into the lobby. At 1725 hours, Sanders briefly talks to Transport Officer Henry Sager. At 1736, Jailer Josh Maldonado bangs on Sanders' cell door with his fist, begins talking to Sanders and pointing his finger. At 1742 hours, Jailer Maldonado shines a flashlight in Sanders cell then leaves the area.

j) At 1746 hours, Linda Dixon talks to Sanders briefly as she exits to the lobby. At 1747 hours, Jailers Maldonado and Decota McGlothlin are in front of Sanders' cell. Jailer Maldonado produces a Taser and removes the cartridge. It appears Jailer Maldonado puts the Taser through the chuck hole, and Sanders attempts to grab the Taser, or Maldonado. Jailers Maldonado and McGlothlin then attempt to push open the cell door. Jailer Altamirano enters the area at 1748 hours, and begins to kick the cell door in an attempt to assist in entering Sander's cell. Jailer McGlothlin exits the area into the lobby. After Jailer Altamirano kicked the door, she exits the area into the main jail corridor to retrieve keys. She returns within a minute, opens the chuck hole, and deploys a Taser into the cell through the chuck hole. At 1749 hours, Jailers Joe Ross and McGlothlin enter the area from the lobby. At this time, Jailer Ross obtains a Taser from Altamirano and deploys it into the cell. Jailer Ross gives the Taser back to Jailer Altamirano to reload and gets it back. During this time, Sanders puts a dark colored blanket and a blue tee shirt over the chuck hole. Jailer McGlothlin pulls the items away from the chuck hole and Sanders.

k) At 1750 hours, Jailer Maldonado puts a Taser in the chuck hole and removes it. Sanders then appears to throw a liquid out of the chuck hole at the jailers. Jailer Ross stands back from the cell and points a Taser at the chuck hole. At 1751 hours, Jailer Ross is the only jailer in camera view. Jailer Altamirano exited to the lobby. Jailer Maldonado went to the booking area and Jailer McGlothlin went to the control area of the jail. Jailer Maldonado returns to the area in less than a minute. Jailers Altamirano and McGlothlin are back and forth from different areas. Dispatcher Lyndsay Witherspoon enters the area from the lobby at this time reporting for work.

l) At 1753 hours, Jailer Ross put the Taser in the chuck hole again and pulls it out. At 1754 hours, the Nurse, Emily Brown arrives and walks to the booking area. At 1755 hours, it appears Sanders throws liquid out of the cell again. Nurse Brown, Jailers Ross, Altamirano, and Maldonado were present in front of the cell. Jailer McGlothlin also enters the area and everyone puts on black exam gloves. Nurse Brown appears to be talking to the jailers near the cell. At 1756 hours, Jailers Ross and Altamirano exit the area. Jailer Ross gives his Taser to Nurse Brown. Jailer Maldonado is still near the cell.

m) At 1757 hours, Jailers Ross, McGlothlin, and Altamirano return. Ross and McGlothlin are wearing protective vests. Nurse Brown gives Jailer Maldonado, Ross's Taser. Maldonado returns the Taser to Ross. Jailer Ross begins to talk to Sanders through the cell door. Nurse Brown begins recording with her cellular telephone. At 1759 hours, Jailer Ross returns the Taser to Jailer Maldonado. Also, Dispatcher Diane N. Sinks leaves the sheriff's office at this time.

n) At 1801 hours, Mississippi County Sheriff's Deputy Ryan Hill entered the jail and began speaking with Sanders at his cell. Deputy Hill turns away from the cell, speaks with the jailers, and puts on a pair of black exam gloves. Jailer Altamirano has leg restraints in her hand. Jailer Altamirano also gives her Taser to Nurse Brown. Jailer Altamirano then put the leg restraints into a storage closet across from Sanders' cell. Jailer Altamirano then receives handcuffs from Jailer Maldonado. At 1806 hours, Deputy Hill, Jailer Ross, and Jailer McGlothlin are at the cell door. Jailer Maldonado gives Jailer Ross a Taser. At 1807 hours, Jailer Maldonado uses the jail keys to open the chuck hole again. As soon at the chuck hole opens, everyone jumped. Sanders appeared to take the keys from the lock. Jailers Ross and Altamirano attempt to use another set of keys to open the cell door. Deputy Hill closes the chuck hole. At 1808 hours, Deputy Hill, Jailer's Ross, McGlothlin, and Altamirano get the cell door open slightly and attempt to enter the cell. It appears Sanders is pushing on the door from the other side. Jailer Ross appears to get struck in the face and the door closes. Deputy Hill and the jailers stand near the door and talk.

o) At 1811 hours, Charleston Department of Public Safety Officer Curtis Arnold enters the jail and gives his Mace to Deputy Hill. Officers Henson and Matney also enter the jail. Officer James Williams opened the door, looked in, and left the jail. At 1812 hours, Deputy Hill deployed Mace into the cell. Everyone appears to begin coughing and moving around. Nurse Brown appears to still be videoing with a cellular telephone. At 1814 hours, Nurse Brown speaks with Sanders through the jail door. At 1816 hours, Dispatcher Witherspoon brings Nurse Brown a cup of water while she is near the cell. At 1817 hours, Jailer Ross appears with a shield and riot helmet along with Jailer

McGlothlin. They walk in front of Sanders' cell several times. At 1819 hours, Jailer Ross has removed his helmet and speaks to Sanders at the cell door. At 1820 hours, Jailer McGlothlin got a cellular telephone from Nurse Brown and continues recording. Nurse Brown goes to the booking area. At 1821 hours, Jailer Ross returned to the cell to speak with Sanders. Officer Henson also speaks with Sanders. At 1823 hours, Jailer McGlothlin walks to the booking area with the cellular telephone. From 1823 hours, until 1828 hours, no contact was made with Sanders. At 1828 hours, Deputy Hill looks in Sanders' cell and appears to speak to him for a short time. At 1831 hours, Officer Arnold appears to speak with Sanders until 1836 hours. Jailer Ross then speaks with Sanders and Officer Henson held a cellular telephone up to the viewing port until 1839 hours. At 1845 hours, Jailer Joe Ross looks into Sanders' cell briefly and has his riot helmet in his hand. Jailer McGlothlin has his helmet on. From 1846 hours, until 1851 hours, Jailer Ross or Officer Henson were at Sanders cell, and appeared to be speaking with him. Also at 1851 hours, Jail Administrator Sally Yanez entered the jail and went to the booking area. At 1854 hours, Jail Administrator Sally Yanez appears to speak with Sanders at the cell for approximately one minute. At one point while speaking with Sanders, Yanez claps her hands and waives them back and forth in the air. At 1858 hours, Jail Administrator Yanez and Jailer Ross exit the jail and enter the lobby. Officer Arnold and Jailer Maldonado also exit the jail and enter the lobby.

p) At 1900 hours, Officers Henson, Matney, and Jailers Altamirano, and McGlothlin exit the jail and go into the lobby. At 1906 hours, Jailer McGlothlin enters the jail and appears to speak with Sanders at his cell. Jail Administrator Yanez, Jailer Ross, and Nurse Brown enter the jail and walk to the booking area. At 1908 hours, Officer Arnold and Jailers Maldonado and Altamirano enter the jail. At 1909 hours, Sheriff Cory Hutcheson enters the jail, appears to speak with Sanders at his cell and puts on black exam gloves. At 1911 hours, Sheriff Hutcheson opened the chuck hole door of the cell. At 1912 hours, Sheriff Hutcheson enters the storage closet across from Sanders' cell and retrieves a pair of handcuffs and belly chains. Sheriff Hutcheson also removed a dark blue shirt and is wearing a white tee shirt. Everyone is standing in the hallway area around Sanders' cell. At 1914 hours, Deputy Hill appears to discuss something with Sheriff Hutcheson in front of the cell before they enter. At 1915 hours, Sheriff Hutcheson walks to the corner of the hallway area and everyone follows. At 1917 hours, while back in front of Sanders' cell, Deputy Hill again appears to speak to Sheriff Hutcheson.

q) At 19:18:13 hours, Jailer Altamirano uses keys to open the lock to Sanders' cell. Sheriff Hutcheson, Deputy Hill, Officers Arnold, Matney, and Henson, Jailers Ross, Maldonado, McGlothlin and Jail Administrator Yanez, rush into the cell. Jailer Altamirano enters last at 19:18:22 hours. At 19:18:38 hours, Jailer Altamirano removes a riot shield from the cell and re-enters the cell. At 19:18:45 hours, Nurse Brown moves the riot shield in the hallway and someone else throws a small object out of the cell at this time and at 19:18:54 hours. At 19:19:18 hours, a hat and another object are thrown from the cell. At 19:19:22 hours, Sheriff Hutcheson exits the cell and enters the supply closet across the hall, retrieves a pair of leg irons and re-enters Sanders' cell at 19:19:33 hours. At 19:19:50 hours, Jailers Maldonado and Altamirano exit the cell. At 19:20:11 hours, they re-enter the cell. At 19:20:22 hours, Jailer Maldonado step partially out of the cell and appears to speak to someone in the booking area then re-enters the cell. At 19:20:56 hours, Jailer Ross exited the cell and checks the back of his head. He then walks to the

booking area. At 19:21:21 hours, Jailer Ross returns to the doorway of the cell and then returns to the booking area at 19:21:30. At 19:21:44 hours, Jailer Ross re-enters the cell. Soon after, several items were thrown from the cell. At 19:23:47 hours, Jailer Maldonado exited the cell and enters the supply closet. He returns to the cell at 19:23:58 hours, with leg irons. At 19:24:32 hours, Jailer Ross exits and re-enters the cell. At 19:24:41 hours, Jail Administrator Yanez exits the cell. At 19:24:55 hours, Jailer Maldonado exits the cell. At 19:24:59 hours, Ross exited the cell and Jail Administrator Yanez enters. At 19:25:07 hours, Jailer McGlothlin and Jail Administrator Yanez exit the cell. At 19:25:15 hours, Jailer Altamirano exits the cell. Nurse Brown and Jailer Ross enter the cell. At 19:25:33 hours, Nurse Brown exits the cell and Jailers Maldonado and Ross enter. Jailer Ross exits the cell and picks up a pair of leg irons from the hallway and passes them into the cell. At 19:25:49 hours, Jail Administrator Yanez enters the cell. At 19:26:24 hours, Officer Arnold exits the cell. At 19:26:26 Jail Administrator Yanez exits the cell. At 19:26:33 hours, dark clothing is thrown from the cell. At 19:27:02 hours, Jailer Maldonado exit the cell. At 19:27:17 hours, Nurse Brown is looking in the cell. At 19:27:37 hours, returns to the booking area and Jail Administrator Yanez enters the cell. At 19:27:48 hours, Jailer Maldonado assisted Officer Henson from the cell. At 19:28:01 hours, Jailer Ross exits the cell. At 19:28:13 hours, Nurse Brown enters the cell. At 19:28:37 hours, Jailer Altamirano exits the cell, and Jailers Ross and Maldonado run toward the cell from the booking area. At 19:28:42 hours, Jail Administrator Yanez exited the cell and Jailers Altamirano, Ross, and Maldonado all go to the booking area with her. She appears to yell something to the booking area. At 19:28:54 hours, Jailers Ross and Maldonado exit the jail to the lobby. At 1929 hours, Jail Administrator Yanez and Jailer McGlothlin look into the cell. Jail Administrator Yanez then exit the jail and enters the lobby area at 19:29:09 hours.

r) At 19:29:15 hours, Jailer Ross enters the jail from the lobby and holds open the lobby door until 19:29:48 hours, until Jailer McGlothlin then hold the door open, and Jailer Ross returns to the lobby area. At 19:29:58 hours, Officer Arnold returns to the cell door and soon after Jailer Ross also returns to the cell door. At 19:30:02 hours, Officer Henson exited the jail and enters the lobby.

s) At 19:30:37 hours, Officer Arnold hands an object from his duty belt into the cell. Jailer Ross then removes his protective vest near the lobby door. At 19:30:47 hours, Officer Arnold throws something down in the hallway. At 19:31:14 hours, Officer Arnold returns to the booking area.

t) At 19:31:26 hours, Jailer Ross enters the cell and Officer Arnold exits the jail into the lobby. At 19:31:30 hours, Officer Matney exits the cell. At 19:31:50 hours, Nurse Brown exits the cell. At 19:32:01 hours, Officer Matney exits to the lobby area. At 19:32:24 hours, Nurse Brown exits the jail to the lobby area.

u) At 19:32:34 hours, Jailer Altamirano exits the cell and retrieves a pair of handcuffs from the supply closet and immediately returns to the cell. At 19:32:57 hours, an Emergency Medical Technician enters the jail. At 19:33:08 the other Emergency Medical Technician enters the jail.

v) At 19:33:16 hours, Nurse Brown and Jailer Maldonado enter the jail from the lobby area. They stand near the cell door. At 19:33:32 hours, Jailers Maldonado and Ross exit the jail to the lobby area. At 19:33:51 hours, Jailer Altamirano exits the cell with several restraints, and Nurse Brown also receives restrains from inside the cell. At 1934 hours, Jailer Ross enters the jail with a stretcher. Jail Administrator Yanez and Jailer Maldonado also enter the jail. At 19:34:30 the stretcher was rolled into the cell. At 19:34:38 hours, Officer Arnold enters the jail from the lobby area with medical equipment. At 19:35:00 hours, Officer Arnold exits the jail to the lobby area. At 19:35:27 hours Jailer Ross exit the jail to the lobby area. At 19:35:49 hours, Sanders was placed on the stretcher. Jailer Maldonado assisted from just outside the cell. Sanders appears to have leg restraints on. At 19:36:12 hours, Nurse Brown exits the jail into the lobby. At 19:36:32 hours, the emergency medical technicians exit the jail into the lobby area with Sanders on the stretcher. Sanders appears to be handcuffed in front of his body. At 19:36:30 hours, Sheriff Hutcheson exits the cell. At 19:36:34 hours, Jailer Altamirano exits the cell and soon after Deputy Hill exits the cell. By 1937 hours, everyone had exited the jail except Jail Administrator Yanez and Deputy Hill. Deputy Hill stays in the jail near the cell.

w) At 19:37:50 hours, Jailer Altamirano enters the jail. At 19:38:11 hours, she picks up a Taser from the hallway floor. She exits the jail into the lobby area at 19:38:45. At 19:39:50 hours, Jail Administrator Yanez exited the jail into the lobby area. At 19:46:40 hours, Dispatcher Witherspoon walks to the booking area. At 19:47:23 hours, Dispatcher Witherspoon exits to the lobby. At 19:50:08 hours, Dispatcher Witherspoon re-enters the jail and assisted Deputy Hill with releasing his vest. At 19:57:28 hours, Deputy Mike Borders enters the jail and speak with Deputy Hill. At 20:04:01 hours, Deputy Borders exit the jail into the lobby area. Jailer Altamirano entered the jail while Deputy Borders was speaking to Deputy Hill. Several others were in and out of the hallway area, but never entered the cell or moved any items in the hallway floor. Deputy Hill stayed in the jail area. At 2134 hours, Deputy Caid arrived with evidence tape to secure the door. At 2135 hours, Deputy Caid secured the cell door with evidence tape. From 1937 hours, until I arrived and processed the scene, the cell was not entered.

3. A copy of the surveillance footage will be maintained with this case file.

N. H. McDaniel, Corporal
Division of Drug and Crime Control

NHD:kaw