**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| **QUINTA SANDERS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Case No. 1:18-cv-00269-ACL** |
| **v.** | ) |
| | ) |
| **Mississippi County, Missouri, et al.** | ) |
| | ) |
| **Defendants.** | ) |

**PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR SANCTIONS FOR**
**SPOLIATION OF EVIDENCE, WITHOUT PREJUDICE**

Plaintiff Quinta Sanders respectfully moves to withdraw her motion for sanctions for spoliation of evidence, without prejudice, and states as follows.

1.      On May 5, 2017, Plaintiff Quinta Sanders' son, Tory Sanders, was killed while on a protective hold in the Mississippi County, Missouri Detention Center ("MCDC").

2.      Mr. Sanders was killed after an altercation with ten jailers and police officers, including the Mississippi County sheriff at that time, Cory Hutcheson, inside of Holding Room 120.

3.      Based upon initial information suggesting that surveillance footage from video cameras inside the MCDC that would have recorded the incident appeared to have been tampered with and destroyed after the fact, Plaintiff moved for sanctions for spoliation of the evidence.

4.      In the interim, Plaintiff also hired a forensic analyst to try and retrieve whatever data may remain on the digital video recorders (DVRs) that were supposed to store and preserve the surveillance footage from the video cameras.

5.      On Friday, December 11, 2020, Plaintiff's forensic analyst downloaded the subject DVRs, and is in the process of performing the forensic analysis to see what accessible data, if any, remains on them.

6.      Because the forensic analyst's work is ongoing and not yet complete, Plaintiff has agreed to withdraw her pending motion for sanctions for spoliation of evidence, without prejudice to her right to re-file the motion after the forensic analyst has completed this work.

Accordingly, Plaintiff Quinta Sanders respectfully moves to withdraw her pending motion for sanctions for spoliation of evidence, without prejudice to her right to re-file it upon completion of the ongoing forensic analysis. Plaintiff Sanders further moves for all other relief that the Court deems just and proper.

Respectfully submitted,
**WENDT LAW FIRM, P.C.**

 _/s/ Samuel M. Wendt_
Samuel M. Wendt MO #53573
4717 Grand Avenue, Suite 130
Kansas City, MO 64112
Phone: (816) 531-4415
Fax: (816) 531-2507
E-mail: sam@wendtlaw.com

and

Michael G. Hoskins, _pro hac vice_
LAW OFFICE OF MICHAEL G. HOSKINS, P.C.
3200 West End Avenue, Suite 500
Nashville, TN 37203
Phone: (615) 783 - 1757
Fax: (615) 866 - 5816
Email: mgh@michaelghoskins.com
***ATTORNEYS FOR PLAINTIFF***
***QUINTA SANDERS***

**<u>CERTIFICATE OF SERVICE</u>**

  The undersigned hereby certifies that on the 14th day of December 2020, the foregoing document was electronically filed with the Clerk of the Court. Additionally, a copy of said document was mailed electronically, the same date to:

D. Keith Henson
**PAULE, CAMAZINE, & BLUMENTHAL, P.C.**
165 N. Meramec Ave., Suite 110
Clayton (St. Louis), MO  63105-3772
Telephone: (314)-727-2266
Facsimile: (314)-727-2101
khenson@pcblawfirm.com
**ATTORNEYS FOR DEFENDANTS CITY OF CHARLESTON, MISSOURI ROBERT HEARNES, CURTIS ARNOLD, ZACHARY MATNEY, AUSTIN HENSON**

A.M.  Spradling, III
SPRADLING & SPRADLING
1838 Broadway, PO Drawer 1119
Cape Girardeau, MO  63702-1119
Telephone: 573-335-8296
Fax: 573-335-8525
spradlaw@spradlaw3.com
**ATTORNEYS FOR DEFENDANTS MISSISSIPPI COUNTY, MISSOURI, SALLY YANEZ, RYAN HILL, JOE ROSS, JOSH MALDONADO, FAITH ALTAMIRANO, AND DECOTA MCGLOTHLIN**

Robert T. Plunkert
Peter J. Dunne
PITZER SNODGRASS, P.C.
100 South Fourth Street, Suite 400
St. Louis, MO 63102-1821
314-421-5545
314-421-3411 (fax)
plunkert@pspclaw.com
dunne@pspclaw.com
**ATTORNEYS FOR CORY HUTCHESON**

            */s/ Samuel M. Wendt*
            **ATTORNEY FOR PLAINTIFFS**