## Spradling & Spradling

| | |
|---|---|
| **From:** | Samuel M. Wendt <sam@wendtlaw.com> |
| **Sent:** | Wednesday, March 24, 2021 10:39 AM |
| **To:** | Plunkert, Robert T.; Spradling & Spradling |
| **Cc:** | mgh@michaelghoskins.com |
| **Subject:** | RE: Sanders |

Gentlemen:

The Missouri Court of Appeals recently decided *Estes v. MOPERM, et al.* (https://www.courts.mo.gov/file.jsp?id=175213), which makes clear that MOPERM is not subject to sovereign immunity from claims of bad faith failure to settle within policy limits and breach of fiduciary duty.

Ms. Sanders is willing to give your clients' insurer one final opportunity to settle within its policy limits for $2,000,000.00. This demand is unlimited in time but will not remain open in perpetuity.

I look forward to your prompt response.

**Samuel (Sam) M. Wendt**
Attorney



**WENDT LAW FIRM P.C.**
INJURY ATTORNEYS

4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Direct Line: (816) 988-2910
Facsimile: (816) 531-2507
Toll Free: (866) 539-4415
www.wendtlaw.com

NOTICE: This email may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.



EXHIBIT A

1

**Spradling & Spradling**

| | |
|---|---|
| **From:** | Plunkert, Robert T. <plunkert@pspclaw.com> |
| **Sent:** | Wednesday, March 24, 2021 11:06 AM |
| **To:** | Samuel M. Wendt; Spradling & Spradling |
| **Cc:** | mgh@michaelghoskins.com |
| **Subject:** | RE: Sanders |

Sam, could you please clarify? MOPERM has not accepted the defense or coverage in this matter regarding Cory Hutcheson, so I cannot understand if this is a demand against the remaining defendants (MS County and Cory Hutcheson) combined for a total of $2M, or if the demand is something different. You also reference "insurer," and as you know from discovery, there are separate insurers involved in this pertaining to MS County defendants and Cory Hutcheson.

Thanks,
Bob

**From:** Samuel M. Wendt <sam@wendtlaw.com>
**Sent:** Wednesday, March 24, 2021 10:39 AM
**To:** Plunkert, Robert T. <plunkert@pspclaw.com>; spradlaw@spradlaw3.com
**Cc:** mgh@michaelghoskins.com
**Subject:** RE: Sanders

Gentlemen:

The Missouri Court of Appeals recently decided *Estes v. MOPERM, et al.* (https://www.courts.mo.gov/file.jsp?id=175213), which makes clear that MOPERM is not subject to sovereign immunity from claims of bad faith failure to settle within policy limits and breach of fiduciary duty.

Ms. Sanders is willing to give your clients' insurer one final opportunity to settle within its policy limits for $2,000,000.00. This demand is unlimited in time but will not remain open in perpetuity.

I look forward to your prompt response.

**Samuel (Sam) M. Wendt**
Attorney



**WENDT LAW FIRM P.C.**
INJURY ATTORNEYS

4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Direct Line: (816) 988-2910
Facsimile: (816) 531-2507
Toll Free: (866) 539-4415
www.wendtlaw.com

NOTICE: This email may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

**Spradling & Spradling**

| | |
|---|---|
| From: | Samuel M. Wendt <sam@wendtlaw.com> |
| Sent: | Wednesday, March 24, 2021 11:09 AM |
| To: | Plunkert, Robert T.; Spradling & Spradling |
| Cc: | mgh@michaelghoskins.com |
| Subject: | RE: Sanders |

I'm talking about anyone insured by MOPERM. If they are denying coverage for Mr. Hutchinson, he would be excluded.

**Samuel (Sam) M. Wendt**
Attorney



4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Direct Line: (816) 988-2910
Facsimile: (816) 531-2507
Toll Free: (866) 539-4415
www.wendtlaw.com

NOTICE: This email may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

**From:** Plunkert, Robert T. <plunkert@pspclaw.com>
**Sent:** Wednesday, March 24, 2021 11:06 AM
**To:** Samuel M. Wendt <sam@wendtlaw.com>; spradlaw@spradlaw3.com
**Cc:** mgh@michaelghoskins.com
**Subject:** RE: Sanders

Sam, could you please clarify? MOPERM has not accepted the defense or coverage in this matter regarding Cory Hutcheson, so I cannot understand if this is a demand against the remaining defendants (MS County and Cory Hutcheson) combined for a total of $2M, or if the demand is something different. You also reference "insurer," and as you know from discovery, there are separate insurers involved in this pertaining to MS County defendants and Cory Hutcheson.

Thanks,
Bob

**From:** Samuel M. Wendt <sam@wendtlaw.com>
**Sent:** Wednesday, March 24, 2021 10:39 AM
**To:** Plunkert, Robert T. <plunkert@pspclaw.com>; spradlaw@spradlaw3.com
**Cc:** mgh@michaelghoskins.com
**Subject:** RE: Sanders

Gentlemen:

1

The Missouri Court of Appeals recently decided *Estes v. MOPERM, et al.* (https://www.courts.mo.gov/file.jsp?id=175213), which makes clear that MOPERM is not subject to sovereign immunity from claims of bad faith failure to settle within policy limits and breach of fiduciary duty.

Ms. Sanders is willing to give your clients' insurer one final opportunity to settle within its policy limits for $2,000,000.00. This demand is unlimited in time but will not remain open in perpetuity.

I look forward to your prompt response.

**Samuel (Sam) M. Wendt**
Attorney



4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Direct Line: (816) 988-2910
Facsimile: (816) 531-2507
Toll Free: (866) 539-4415
www.wendtlaw.com

NOTICE: This email may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

2

**Spradling & Spradling**

| | |
|---|---|
| **From:** | Plunkert, Robert T. <plunkert@pspclaw.com> |
| **Sent:** | Wednesday, March 24, 2021 11:10 AM |
| **To:** | Samuel M. Wendt; Spradling & Spradling |
| **Cc:** | mgh@michaelghoskins.com |
| **Subject:** | RE: Sanders |

I'm telling you that MOPERM has not accepted coverage (if they had, then I would provide you with the required document production pursuant to Rule 26). So is there any demand you're making to Cory Hutcheson?

Bob

**From:** Samuel M. Wendt <sam@wendtlaw.com>
**Sent:** Wednesday, March 24, 2021 11:09 AM
**To:** Plunkert, Robert T. <plunkert@pspclaw.com>; spradlaw@spradlaw3.com
**Cc:** mgh@michaelghoskins.com
**Subject:** RE: Sanders

I'm talking about anyone insured by MOPERM. If they are denying coverage for Mr. Hutchinson, he would be excluded.

### Samuel (Sam) M. Wendt
Attorney



**WENDT LAW FIRM P.C.**
INJURY ATTORNEYS

4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Direct Line: (816) 988-2910
Facsimile: (816) 531-2507
Toll Free: (866) 539-4415
www.wendtlaw.com

NOTICE: This email may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

**From:** Plunkert, Robert T. <plunkert@pspclaw.com>
**Sent:** Wednesday, March 24, 2021 11:06 AM
**To:** Samuel M. Wendt <sam@wendtlaw.com>; spradlaw@spradlaw3.com
**Cc:** mgh@michaelghoskins.com
**Subject:** RE: Sanders

Sam, could you please clarify? MOPERM has not accepted the defense or coverage in this matter regarding Cory Hutcheson, so I cannot understand if this is a demand against the remaining defendants (MS County and Cory Hutcheson) combined for a total of $2M, or if the demand is something different. You also reference "insurer," and as you know from discovery, there are separate insurers involved in this pertaining to MS County defendants and Cory Hutcheson.

1

...

Thanks,
Bob

---

**From:** Samuel M. Wendt <sam@wendtlaw.com>
**Sent:** Wednesday, March 24, 2021 10:39 AM
**To:** Plunkert, Robert T. <plunkert@pspclaw.com>; spradlaw@spradlaw3.com
**Cc:** mgh@michaelghoskins.com
**Subject:** RE: Sanders

Gentlemen:

The Missouri Court of Appeals recently decided *Estes v. MOPERM, et al.* (https://www.courts.mo.gov/file.jsp?id=175213), which makes clear that MOPERM is not subject to sovereign immunity from claims of bad faith failure to settle within policy limits and breach of fiduciary duty.

Ms. Sanders is willing to give your clients' insurer one final opportunity to settle within its policy limits for $2,000,000.00. This demand is unlimited in time but will not remain open in perpetuity.

I look forward to your prompt response.

**Samuel (Sam) M. Wendt**
Attorney



WENDT LAW FIRM P.C.
INJURY ATTORNEYS

4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Direct Line: (816) 988-2910
Facsimile: (816) 531-2507
Toll Free: (866) 539-4415
www.wendtlaw.com

NOTICE: This email may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

**Spradling & Spradling**

| | |
|---|---|
| **From:** | Samuel M. Wendt <sam@wendtlaw.com> |
| **Sent:** | Wednesday, March 24, 2021 11:15 AM |
| **To:** | Plunkert, Robert T.; Spradling & Spradling |
| **Cc:** | mgh@michaelghoskins.com |
| **Subject:** | RE: Sanders |

I'm not sure why there's a disconnect. If MOPERM is denying coverage for Cory, then he is excluded from the demand to MOPERM.

**Samuel (Sam) M. Wendt**
Attorney



4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Direct Line: (816) 988-2910
Facsimile: (816) 531-2507
Toll Free: (866) 539-4415
www.wendtlaw.com

NOTICE: This email may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

**From:** Plunkert, Robert T. <plunkert@pspclaw.com>
**Sent:** Wednesday, March 24, 2021 11:10 AM
**To:** Samuel M. Wendt <sam@wendtlaw.com>; spradlaw@spradlaw3.com
**Cc:** mgh@michaelghoskins.com
**Subject:** RE: Sanders

I'm telling you that MOPERM has not accepted coverage (if they had, then I would provide you with the required document production pursuant to Rule 26). So is there any demand you're making to Cory Hutcheson?

Bob

**From:** Samuel M. Wendt <sam@wendtlaw.com>
**Sent:** Wednesday, March 24, 2021 11:09 AM
**To:** Plunkert, Robert T. <plunkert@pspclaw.com>; spradlaw@spradlaw3.com
**Cc:** mgh@michaelghoskins.com
**Subject:** RE: Sanders

I'm talking about anyone insured by MOPERM. If they are denying coverage for Mr. Hutchinson, he would be excluded.

**Samuel (Sam) M. Wendt**
Attorney



4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Direct Line: (816) 988-2910
Facsimile: (816) 531-2507
Toll Free: (866) 539-4415
www.wendtlaw.com

NOTICE: This email may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

---

**From:** Plunkert, Robert T. <plunkert@pspclaw.com>
**Sent:** Wednesday, March 24, 2021 11:06 AM
**To:** Samuel M. Wendt <sam@wendtlaw.com>; spradlaw@spradlaw3.com
**Cc:** mgh@michaelghoskins.com
**Subject:** RE: Sanders

Sam, could you please clarify? MOPERM has not accepted the defense or coverage in this matter regarding Cory Hutcheson, so I cannot understand if this is a demand against the remaining defendants (MS County and Cory Hutcheson) combined for a total of $2M, or if the demand is something different. You also reference "insurer," and as you know from discovery, there are separate insurers involved in this pertaining to MS County defendants and Cory Hutcheson.

Thanks,
Bob

---

**From:** Samuel M. Wendt <sam@wendtlaw.com>
**Sent:** Wednesday, March 24, 2021 10:39 AM
**To:** Plunkert, Robert T. <plunkert@pspclaw.com>; spradlaw@spradlaw3.com
**Cc:** mgh@michaelghoskins.com
**Subject:** RE: Sanders

Gentlemen:

The Missouri Court of Appeals recently decided *Estes v. MOPERM, et al.* (https://www.courts.mo.gov/file.jsp?id=175213), which makes clear that MOPERM is not subject to sovereign immunity from claims of bad faith failure to settle within policy limits and breach of fiduciary duty.

Ms. Sanders is willing to give your clients' insurer one final opportunity to settle within its policy limits for $2,000,000.00. This demand is unlimited in time but will not remain open in perpetuity.

I look forward to your prompt response.

**Samuel (Sam) M. Wendt**
Attorney



4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Direct Line: (816) 988-2910
Facsimile: (816) 531-2507
Toll Free: (866) 539-4415
www.wendtlaw.com

NOTICE: This email may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

3

**Spradling & Spradling**

| | |
|---|---|
| From: | Plunkert, Robert T. <plunkert@pspclaw.com> |
| Sent: | Wednesday, March 24, 2021 11:16 AM |
| To: | Samuel M. Wendt; Spradling & Spradling |
| Cc: | mgh@michaelghoskins.com |
| Subject: | RE: Sanders |

Ok, I'm proceeding with the understanding you are not making a demand against Cory Hutcheson to settle any claims in this suit.
Bob

---

**From:** Samuel M. Wendt <sam@wendtlaw.com>
**Sent:** Wednesday, March 24, 2021 11:15 AM
**To:** Plunkert, Robert T. <plunkert@pspclaw.com>; spradlaw@spradlaw3.com
**Cc:** mgh@michaelghoskins.com
**Subject:** RE: Sanders

I'm not sure why there's a disconnect. If MOPERM is denying coverage for Cory, then he is excluded from the demand to MOPERM.

**Samuel (Sam) M. Wendt**
Attorney



WENDT LAW FIRM P.C.
INJURY ATTORNEYS

4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Direct Line: (816) 988-2910
Facsimile: (816) 531-2507
Toll Free: (866) 539-4415
www.wendtlaw.com

NOTICE: This email may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

---

**From:** Plunkert, Robert T. <plunkert@pspclaw.com>
**Sent:** Wednesday, March 24, 2021 11:10 AM
**To:** Samuel M. Wendt <sam@wendtlaw.com>; spradlaw@spradlaw3.com
**Cc:** mgh@michaelghoskins.com
**Subject:** RE: Sanders

I'm telling you that MOPERM has not accepted coverage (if they had, then I would provide you with the required document production pursuant to Rule 26). So is there any demand you're making to Cory Hutcheson?

Bob

1

**From:** Samuel M. Wendt <sam@wendtlaw.com>
**Sent:** Wednesday, March 24, 2021 11:09 AM
**To:** Plunkert, Robert T. <plunkert@pspclaw.com>; spradlaw@spradlaw3.com
**Cc:** mgh@michaelghoskins.com
**Subject:** RE: Sanders

I'm talking about anyone insured by MOPERM. If they are denying coverage for Mr. Hutchinson, he would be excluded.

## Samuel (Sam) M. Wendt
Attorney



**WENDT LAW FIRM P.C.**
**INJURY ATTORNEYS**

4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Direct Line: (816) 988-2910
Facsimile: (816) 531-2507
Toll Free: (866) 539-4415
www.wendtlaw.com

NOTICE: This email may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

**From:** Plunkert, Robert T. <plunkert@pspclaw.com>
**Sent:** Wednesday, March 24, 2021 11:06 AM
**To:** Samuel M. Wendt <sam@wendtlaw.com>; spradlaw@spradlaw3.com
**Cc:** mgh@michaelghoskins.com
**Subject:** RE: Sanders

Sam, could you please clarify? MOPERM has not accepted the defense or coverage in this matter regarding Cory Hutcheson, so I cannot understand if this is a demand against the remaining defendants (MS County and Cory Hutcheson) combined for a total of $2M, or if the demand is something different. You also reference "insurer," and as you know from discovery, there are separate insurers involved in this pertaining to MS County defendants and Cory Hutcheson.

Thanks,
Bob

**From:** Samuel M. Wendt <sam@wendtlaw.com>
**Sent:** Wednesday, March 24, 2021 10:39 AM
**To:** Plunkert, Robert T. <plunkert@pspclaw.com>; spradlaw@spradlaw3.com
**Cc:** mgh@michaelghoskins.com
**Subject:** RE: Sanders

Gentlemen:

The Missouri Court of Appeals recently decided *Estes v. MOPERM, et al.* (https://www.courts.mo.gov/file.jsp?id=175213), which makes clear that MOPERM is not subject to sovereign immunity from claims of bad faith failure to settle within policy limits and breach of fiduciary duty.

Ms. Sanders is willing to give your clients' insurer one final opportunity to settle within its policy limits for $2,000,000.00. This demand is unlimited in time but will not remain open in perpetuity.

I look forward to your prompt response.

**Samuel (Sam) M. Wendt**
Attorney



4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Direct Line: (816) 988-2910
Facsimile: (816) 531-2507
Toll Free: (866) 539-4415
www.wendtlaw.com

NOTICE: This email may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.