**SPRADLING & SPRADLING**
ATTORNEYS AT LAW
1838 BROADWAY
P. O. DRAWER 1119
CAPE GIRARDEAU, MO. 63702-1119

*A. M. Spradling, Jr.* * 1920 - 2004
**A. M. Spradling, III*

———————————

* *Licensed in Missouri & Illinois*

*Area Code 573*
*335-8296*
*FAX 335-8525*

*spradlaw@spradlaw3.com*



April 26, 2021

Mr. Samuel M. Wendt
Wendt Law Firm
sam@wendtlaw.com

RE:   Quinta Sanders vs. Mississippi County, et al   Case No: 1:18-CV-00269ACL

Dear Sam:

    I have received authority from MOPERM and the Mississippi County Defendants, <u>*including Cory Hutcheson*</u> as a Mississippi County Defendant, to pay to the Plaintiffs' the MOPERM policy limits of $2,000,000.00 as a full and final settlement of all of Plaintiffs' claims against the Mississippi County Defendants, subject to the Court's approval of the wrongful death settlement.

    Through Bob Plunkert's efforts over the past several weeks, he was able to convince MOPERM that Cory Hutcheson should be covered under the Mississippi County policy with MOPERM.

    Please let me know as soon as possible if we are settled. Dr. Deidiker's deposition is this Thursday and if we are settled, I need to cancel him as soon as possible.

                              Yours very truly,

                              SPRADLING & SPRADLING

                              A. M. Spradling, III

AMSIII:plp
cc:   Bob Plunkert
       Jodi Helming
       Lisa Bolliger

