## Spradling & Spradling

| | |
|---|---|
| **From:** | Samuel M. Wendt <sam@wendtlaw.com> |
| **Sent:** | Monday, April 26, 2021 2:36 PM |
| **To:** | Spradling & Spradling; plunkert_pspclaw.com |
| **Cc:** | Jodie Helming; Lisa Bolliger; mgh@michaelghoskins.com; Nick Hillyard |
| **Subject:** | RE: Quinta Sanders vs. Mississippi County, et al |

Al and Bob:

I have had an opportunity to speak with my clients, and they wish to reject the counter-offer referenced in Al's letter dated today. Plaintiffs, however, are willing to make a global demand for settlement, which would include release of all claims against the remaining County Defendants (including Cory Hutcheson), for a total of $3,500,000. This represents the $2,000,000 limits from the MOPERM policy and the $1,500,000 remaining limits from the Savers policy (which names Mississippi County as an additional insured). Obviously, this global demand specifically excludes any claims made against the City Defendants for which they have already agreed to pay $500,000 from the Savers policy to resolve.

This demand is unlimited in time but will not remain open in perpetuity. I look forward to your prompt response.

**Samuel (Sam) M. Wendt**
Attorney



4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Direct Line: (816) 988-2910
Facsimile: (816) 531-2507
Toll Free: (866) 539-4415
www.wendtlaw.com

NOTICE: This email may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

**From:** Samuel M. Wendt
**Sent:** Monday, April 26, 2021 10:14 AM
**To:** Spradling & Spradling <spradlaw@spradlaw3.com>
**Cc:** plunkert_pspclaw.com <plunkert@pspclaw.com>; Jodie Helming <jodie-helming@moperm.com>; Lisa Bolliger <Lisa.Bolliger@ameritrustgroup.com>; mgh@michaelghoskins.com
**Subject:** RE: Quinta Sanders vs. Mississippi County, et al

Al:

I will present your counter-offer to Ms. Sanders and the other Class I beneficiaries and let you know their response.

**Samuel (Sam) M. Wendt**
Attorney



EXHIBIT

1



**WENDT**
**LAW FIRM P.C.**
INJURY ATTORNEYS

4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Direct Line: (816) 988-2910
Facsimile: (816) 531-2507
Toll Free: (866) 539-4415
www.wendtlaw.com

NOTICE: This email may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

**From:** Spradling & Spradling <spradlaw@spradlaw3.com>
**Sent:** Monday, April 26, 2021 9:11 AM
**To:** Samuel M. Wendt <sam@wendtlaw.com>
**Cc:** plunkert_pspclaw.com <plunkert@pspclaw.com>; Jodie Helming <jodie-helming@moperm.com>; Lisa Bolliger <Lisa.Bolliger@ameritrustgroup.com>
**Subject:** Quinta Sanders vs. Mississippi County, et al

Please see attached settlement letter.

Albert M. Spradling, III
Spradling & Spradling
PO Box 1119 * 1838 Broadway
Cape Girardeau, MO  63702-1119
573-335-8296   Fax:  573-335-8525

2