UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| QUINTA SANDERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 1:18-CV-00269 |
| | ) |
| MISSISSIPPI COUNTY, MISSOURI, CITY OF CHARLESTON, MISSOURI, CORY HUTCHESON, SALLY YANEZ, RYAN HILL, JOE ROSS, JOSH MALDONADO, DECOTA MCGLOTHLIN, FAITH ALTAMIRANO, ROBERT HEARNES, CURTIS ARNOLD, ZACHARY MATNEY, AND AUSTIN HENSON, | ) |
| | ) |
| Defendants. | ) |

## *DEFENDANT CORY HUTCHESON'S MOTION FOR LEAVE TO FILE MOTION TO DETERMINE SUFFICIENCY OF PLAINTIFF'S RESPONSES TO MISSISSIPPI COUNTY DEFENDANTS AND DEFENDANT CORY HUTCHESON'S JOINT FIRST REQUESTS FOR ADMISSION AND MOTION TO COMPEL INTERROGATORY ANSWERS WITH EXHIBITS UNDER SEAL*

COME NOW, Cory Hutcheson ("Defendant Hutcheson"), and for his Motion for Leave to File Motion to Determine Sufficiency and Motion to Determine the Sufficiency of Plaintiff's Responses to Mississippi County Defendants and Defendant Cory Hutcheson's Joint First Requests for Admission and Motion to Compel Interrogatory Answers with Exhibits Under Seal, state:

1. Plaintiff, Mississippi County Defendants, and Defendant Hutcheson have encountered discovery disputes which are ripe for this Court's determination.

2. Defendant Hutcheson wishes to file a Motion to determine the sufficiency of Plaintiff's responses to requests for admission and to compel Plaintiff to respond to interrogatories, along with a supporting memorandum and exhibits so this Court may resolve the disputes.

3. Plaintiff, Missisippi County Defendants, and Defendants Huthceson have discussed the method of filing on April 14, 2021, after the conclusion of the settlement hearing (in person).

4. Plaintiff and Defendant Hutcheson further discussed the same on April 20, 2021, at approximately 2:37 p.m. to 2:49 p.m., and from approximately 3:03 p.m. to 3:48 p.m., whereupon filing the Motion to Compel briefing and exhibits under seal was agreed.

5. Discovery motions and accompanying exhibits are not considered judicial records, and thus are subject to a "good cause" standard to determine whether the material should be sealed. *Laughlin v. Stuart*, No. 19-cv-2547 (ECT/TNL), 2021 U.S. Dist. LEXIS 69356, at *5–8 (D. Minn. Apr. 9, 2021) (internal citations omitted).

6. The subject motion pertains to the discovery of information regarding the decedent, Tory Sanders, whereupon sealing of the filings would protect the parties from annoyance, embarrassment, and oppression (as more fully identified in the motion and memorandum, to be filed with permission of the Court).

WHEREFORE, Defendant Hutcheson respectfully request that this Court grant leave such that the parties may file briefing and accompanying exhibits/discovery materials pertaining to the determination of the sufficiency of Plaintiff's responses to requests for admission and regarding whether Plaintiff should be compelled to respond to interrogatories, and for such further relief this Court deems just and proper.

{02388735.DOCX;1}

                                            /s/ Robert T. Plunkert
                                            Peter J. Dunne  #31482MO
                                            Robert T. Plunkert   #62064MO
                                            PITZER SNODGRASS, P.C.
                                            Attorneys for Defendant Cory Hutcheson
                                            100 South Fourth Street, Suite 400
                                            St. Louis, Missouri 63102-1821
                                            (314) 421-5545
                                            (314) 421-3144 (Fax)

      I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following or U.S. mail for parties not registered with CM/ECF, on this  29th day of April, 2021:

| | |
|---|---|
| Samuel M. Wendt<br>Nick Hillyard<br>Wendt Law Firm, P.C.<br>4717 Grand Avenue, Suite 130<br>Kansas City, Missouri 64112<br>sam@wendtlaw.com<br>nick@wendtlaw.com<br>*Attorneys for Plaintiff* | Michael G. Hoskins *pro hac vice*<br>Law Office of Michael G. Hoskins, P.C.<br>3200 West End Avenue, Suite 500<br>Nashville, Tennessee 37203<br>mgh@michaelghoskins.com<br>*Attorney for Plaintiff* |
| A.M. Spradling, III<br>Spradling & Spradling<br>1838 Broadway<br>P.O. Drawer 1119<br>Cape Girardeau, Missouri 63702<br>albert@spradlaw3.com<br>*Attorney for Defendants Mississippi County, Sally Yanez, Ryan Hill, Joe Ross, Josh Maldonado, Decota McGlothlin, and Faith Altamirano* | D. Keith Henson<br>Paule and Camazine, P.C.<br>165 N. Meramec Avenue, Suite 100<br>Clayton, Missouri 63105<br>khenson@pcblawfirm.com<br>*Attorney for Defendants City of Charleston, Robert Hearnes, Curtis Arnold, Zachary Matney, and Austin Hensen* |

                                              /s/ Robert T. Plunkert